UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

Nov 12   2 15 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

```
_____x
                                 :
LORI WELCH-RUBIN and DAVID       :
WELCH-RUBIN,                      
                                 :   Case No. 03 CV 00481 (DJS)
          Plaintiffs,            
                                 :   mRK
     -against-                   
                                 :
     -                           :   November 6, 2003
                                 
SANDALS CORPORATION a/k/a         :
SANDALS RESORTS INTERNATIONAL     
a/k/a/ SANDALS RESORTS d/b/a      :
BEACHES TURKS & CAICOS RESORT     
& SPA and UNIQUE VACATIONS, INC., :
                                 
_____
```

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Robert A. Izard, a member in good standing of the bar of this Court, respectfully moves,

pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney David B. Newman to

represent the DEFENDANTS in the above-captioned action. In support of this motion, the

undersigned states as follows:

1.      Visiting attorney David B. Newman is an attorney for the law firm of Sonnenschein

Nath & Rosenthal located at 1221 Avenue of the Americas, New York, New York, NY 10020.

2.      Attorney Newman is admitted to the bar of the State of New York and the Bars of the

Supreme Court of the United States, Second Circuit Court of Appeals, and the United States District

Court for the Southern and Eastern Districts of New York.

3.      Based upon a representation by Attorney Newman, the undersigned states that

Attorney Newman is in good standing with the bars to which he is admitted, and he has not been

denied admission or disciplined by any Court.

4.      A check for $25.00 accompanies this motion.

5.      Service of all papers shall be made upon Robert Izard at Schatz & Nobel, P.C., 330

Main Street, Hartford, CT 06106-1851.

<div style="margin-left:40%">

THE DEFENDANTS

By:_____

Robert A. Izard  (CT 01601)
**SCHATZ & NOBEL, P.C.**
330 Main Street  2nd Floor
Hartford, Connecticut  06106-1851
(860) 493-6292

</div>

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. mail on November 6, 2003 to the following:

Michael S. Hillis, ESQ.
Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, CT 061511

Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
330 Main Street  2nd Floor
Hartford, CT 06106-1851
(860) 493-6292

SCHATZ & NOBEL, P.C.
Robert Izard (CT01601)
330 Main Street
Hartford, CT 06106
Telephone: 860-493-6290
Facsimile: 860-493-6295

FILED

Nov 12  2 15 PH '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------x
LORI WELCH-RUBIN and DAVID,
WELCH-RUBIN,

                Plaintiffs,             Case No. 03 CV 00481 (DJS)

                                               MRK

       -against-

SANDALS CORPORATION a/k/a SANDALS
RESORTS INTERNATIONAL a/k/a SANDALS
RESORTS d/b/a BEACHES TURKS &
CAICOS RESORT & SPA and UNIQUE
VACATIONS, INC.,

                Defendants.
----------------------------------------------------------x

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

        DAVID B. NEWMAN, being duly sworn, deposes and says:

        1.      I am an attorney and a partner of the law firm of Sonnenschein Nath & Rosenthal

LLP ("Sonnenschein") and practice from Sonnenschein's office located at 1221 Avenue of the

Americas, New York, New York 10020. I respectfully submit this affidavit in support of

Defendants' motion pursuant to Local Rule of Civil Procedure 83.1(d) for my *pro hac vice*

admission in the above-captioned case.

17382874\V-1

2.      I am a member of the Bar of the State of New York and the Bars of the United

States Supreme Court, Second Circuit Court of Appeals, United States District Court for the

Southern and Eastern Districts of New York as well as other federal courts.

3.      I am in good standing with the Bars to which I have been admitted and I have not

been denied admission or disciplined by this Court or any other court.

4.      I am seeking *pro hac vice* admission as an additional attorney to represent

Defendants in this action.  I have represented these defendants in scores of cases over the past

fifteen years including <u>Freeman v. Sandals</u>, Case No. 3:00 CV 1512 (DJS) before this Court

earlier this year.

5.      Defendants are also represented in this action by the undersigned counsel local

counsel, Robert Izard, Esq.  Mr. Izard is a member of the Bar of this Court.

6.      I am familiar with and agree to abide by this Court's Local Civil Rules.

7.      I have obtained consent to this motion from Plaintiffs' counsel, Michael S. Hillis,

Esq. of Dombroski, Knapsack & Hillis, LLC.


_____
DAVID B. NEWMAN

Sworn to before me this ___1___ day of
October, 2003


_____
Notary Public

Robin Stallworth
Notary Public State of New York
No. 01ST5083756
Qualified in Bronx County
Commission Expires Aug. 18, 20___

17382874\V-1                             - 2 -

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. mail on November 6, 2003 to the following:

Michael S. Hillis, ESQ.
Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, CT 061511

Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
330 Main Street  2nd Floor
Hartford, CT 06106-1851
(860) 493-6292