UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
:
LORI WELCH-RUBIN and DAVID :
WELCH-RUBIN, :
: Case No. 03 CV 00481 (DJS)
Plaintiffs, :
:
-against- :
: November 6, 2003
:
SANDALS CORPORATION a/k/a :
SANDALS RESORTS INTERNATIONAL
a/k/a/ SANDALS RESORTS d/b/a :
BEACHES TURKS & CAICOS RESORT
& SPA and UNIQUE VACATIONS, INC., :
------------------------------------------------

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Robert A. Izard, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney David B. Newman to represent the DEFENDANTS in the above-captioned action. In support of this motion, the undersigned states as follows:

1. Visiting attorney David B. Newman is an attorney for the law firm of Sonnenschein Nath & Rosenthal located at 1221 Avenue of the Americas, New York, New York, NY 10020.

2. Attorney Newman is admitted to the bar of the State of New York and the Bars of the Supreme Court of the United States, Second Circuit Court of Appeals, and the United States District Court for the Southern and Eastern Districts of New York.