10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday November ~~10~~ 17, 2003

9:30 a.m.

CASE NO.   3-03-cv-481 Welch-Rubin v Sandals Corporation
-------------------------------------------------------

COUNSEL OF RECORD:

Michael Stanton Hillis          Dombroski Knapsack & Hillis, 205 Whitney
                                Ave., New Haven, CT 203-624-9096

Robert A. Izard Jr.             Schatz & Nobel, 330 Main St., Hartford, CT
                                860-493-6292

                                              BY ORDER OF THE COURT
                                              KEVIN F. ROWE, CLERK


STATUS CONFERENCE HELD

DATE: 11/17/03

15 min.