RECEIVED

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI WELCH RUBIN and DAVID WELCH RUBIN,<br>    Plaintiffs,<br><br>   -against-<br><br>SANDALS CORPORATION a/k/a SANDALS<br>SANDALS RESORTS INTERNATIONAL a/k/a<br>SANDALS RESORTS d/b/a BEACHES TURKS<br>& CAICOS RESORTS & SPA and UNIQUE<br>VACATIONS, INC.,<br>    Defendants. | APPEARANCE  FILED<br><br>Jan 12  10 45 AM '04<br><br>CASE NUMBER: 3:03 CV 00481 (MRK)<br>NEW HAVEN |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

All Defendants.

| | |
|---|---|
| December 22, 2003 | [Signature] |
| **Date** | **Signature** |
| CT02578 | David B. Newman |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (212) 768-6988 | Sonnenschein Nath & Rosenthal LLP |
| **Telephone Number** | **Address** |
| (212) 768-6800 | 1221 Avenue of the Americas |
| **Fax Number** | New York, New York  10020 |
| dbnewman@sonnenschein.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | |
|---|---|
| Michael Stanton Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>205 Whitney Avenue<br>New Haven, CT  06511 | Nancy Kulesa, Esq.<br>Schatz & Nobel, P.C.<br>330 Main Street<br>Hartford, CT  06106 |

[Signature]
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001