UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday March 12, 2004
9:30 a.m.

CASE NO. **3:03cv481 MRK   Welch-Rubin, et al v Sandals Corp. et al**

Michael Stanton Hillis
Dombroski Knapsack & Hillis
205 Whitney Ave.
New Haven, CT 06511

Robert A. Izard Jr.
Schatz & Nobel
330 Main St.
Hartford, CT 06106-1817

**STATUS CONFERENCE HELD**

**DATE:** 3/12/04

10 Min

David B. Newman
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas, 24th Fl.
New York, NY 1002

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK