UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

May 4  | 26 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN.

| | |
|---|---|
| LORI WELCH-RUBIN, et al. | : |
| | : Case No.: 3:03cv00481 (MRK) |
| v. | : |
| | : May 4, 2004 |
| SANDALS CORPORATION a/k/a, et al. | : |

## MOTION FOR EXTENSION OF TIME TO PERFORM
## INDEPENDENT MEDICAL EXAMINATION (IME)

The plaintiff, **LORI WELCH-RUBIN**, hereby motions this Honorable Court for an extension of time within which the defendants, **SANDALS CORPORATION a/k/a, et al.**, may have the plaintiff examined by an independent physician. The extension of time is needed as the plaintiff's professional and familial responsibilities limit her available time to be examined, as well as, the physician's schedule limits his appointment availability. The plaintiff requests an extension up to and including June 1, 2004. Defendants' counsel, Attorney David B. Newman, joins in this Motion for Extension of Time. Plaintiff's counsel, Attorney Michael S. Hillis, has notified this Court's clerk, Ms. Careteunto, who directed the filing of this Motion upon consultation with the Court the morning of May 4, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
**LORI WELCH-RUBIN and
DAVID WELCH-RUBIN**


By: _____

**MICHAEL S. HILLIS**
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.:  ct11867


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO PERFORM INDEPENDENT MEDICAL EXAMINATION (IME)** was sent via facsimile and mailed, postage prepaid, on this **4th** day of **MAY, 2004**, to all counsel and pro se parties of record as follows:

**ROBERT A. IZARD, ESQ.**
**SCHATZ & NOBEL, P.C.**
330 Main Street - 2nd Floor
Hartford, Connecticut 06106-1851

**DAVID B. NEWMAN, ESQ.**
**SONNENSCHEIN NATH & ROSENTHAL LLP**
1221 Avenue of the Americas
New York, New York 10020


_____
**MICHAEL S. HILLIS**


- Page 2 -