UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI WELCH-RUBIN and<br>DAVID WELCH-RUBIN,<br><br>                Plaintiffs,<br><br>v.<br><br>SANDALS CORPORATION<br>a/k/a SANDALS RESORTS INTERNATIONAL<br>a/k/a SANDALS RESORTS<br>d/b/a BEACHES TURKS & CAICOS RESORT & SPA<br>and UNIQUE VACATIONS, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:   NO. 3:03CV481 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Motion For Extension Of Time To Perform Independent Medical Examination (IME) [doc. #19], dated May 4, 2004, is hereby GRANTED. Plaintiff will undergo an IME no later than **June 1, 2004**.

IT IS SO ORDERED.

/s/       Joan G. Margolis
UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, Connecticut: May 5, 2004.