UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------x
:
LORI WELCH-RUBIN and DAVID              :
WELCH-RUBIN,                            :
                                        :   Case No. 03 CV 00481 (MRK)
            Plaintiffs,                 :
                                        :
    -against-                            :
                                        :   June 23, 2004
                                        :
SANDALS CORPORATION a/k/a               :
SANDALS RESORTS INTERNATIONAL           :
a/k/a/ SANDALS RESORTS d/b/a            :
BEACHES TURKS & CAICOS RESORT           :
& SPA and UNIQUE VACATIONS, INC.,       :
----------------------------------------

## APPEARANCE

Please enter the appearance of Nancy A. Kulesa in the above-entitled action on behalf of all Defendants.

_____
Nancy A. Kulesa (CT 25384)
**SCHATZ & NOBEL, P.C.**
One Corporate Center, Suite 1700
20 Church Street
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
nancy@snlaw.net

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed on June 23, 2004 to the following:

Michael S. Hillis, ESQ.
Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, CT 061511

David B. Newman
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020

                                                                   Nancy A. Kulesa