UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X
:
LORI WELCH-RUBIN and DAVID
WELCH-RUBIN,                                :
                                             Case No. 03 CV 00481 (MRK)
      Plaintiffs,              :

   -against-                          :   **MOTION OF DEFENDANTS
                                             SANDALS RESORTS
                                         :   INTERNATIONAL, LTD. AND
SANDALS CORPORATION a/k/a                    UNIQUE VACATIONS, INC. FOR
SANDALS RESORTS INTERNATIONAL            :   SUMMARY JUDGMENT**
a/k/a SANDALS RESORTS d/b/a
BEACHES TURKS & CAICOS RESORT                (ORAL ARGUMENT IS
& SPA and UNIQUE VACATIONS, INC.,        :   REQUESTED)

      Defendants.               :   **June 23, 2004**

_____X

    PLEASE TAKE NOTICE that, upon the annexed Declarations of Merrick Fray, dated June 16, 2004 and Kevin Froemming, dated June 16, 2004, and the exhibits annexed thereto, and the accompanying Memorandum of Law, the undersigned counsel for defendants Sandals Resorts International, Ltd. and Unique Vacations, Inc. hereby moves before the Honorable Mark R. Kravitz, United States District Judge for the District of Connecticut, for an Order pursuant to Fed. R. Civ. P. 56 granting defendants summary judgment and dismissing the Complaint of plaintiffs Lori Welch-Rubin and David Welch-Rubin with prejudice, and awarding such other and further relief as the Court deems just and proper.

Respectfully submitted,

SCHATZ & NOBEL P.C.

By: *Nancy A. Kulesa*

Robert A. Izard (CT 01601)
Nancy A. Kulesa (CT 25384)
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
(860) 493-6292
(860) 493-6290 (fax)

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
David B. Newman
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
(212) 768-6800 (fax)

Attorneys for Defendants Sandals Resorts
International, Ltd. and Unique Vacations, Inc.

**ORAL ARGUMENT IS REQUESTED**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed on June 23, 2004 to the following:

Michael S. Hillis, ESQ.
Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, CT 061511

                                                  Nancy A. Kulesa