UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jun 30  10 58 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------X
LORI WELCH-RUBIN and DAVID
WELCH-RUBIN,

    Plaintiffs,

    -against-

SANDALS CORPORATION a/k/a
SANDALS RESORTS INTERNATIONAL
a/k/a SANDALS RESORTS d/b/a
BEACHES TURKS & CAICOS RESORT
& SPA and UNIQUE VACATIONS, INC.,

    Defendants.
------------------------------------X

Case No. 03 CV 00481 (MRK)

**AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

STATE OF FLORIDA    )
                               ) ss.:
COUNTY OF DADE     )

    KEVIN FROEMMING, being duly sworn, deposes and says:

    1.    I am the President of defendant Unique Vacations, Inc. ("Unique") and submit this Affidavit in support of the instant motion for summary judgment dismissing the Complaint. I am personally familiar with the facts set forth herein.

    2.    Unique does <u>not</u> own or operate the hotel known as "Beaches Turks & Caicos Resort & Spa".

    3.    Unique provides reservations and marketing services to a group of hotels which conduct business under the names "Sandals" and "Beaches".

    4.    The Complaint alleges, in paragraph 6, that plaintiff Lori Welch-Rubin was injured "while attempting to board a Boat owned, operated, and/or controlled by the defendants...". Unique does <u>not</u> and <u>never</u> has owned or operated any boat.

17424495\V-1

5. Unique does <u>not</u> maintain any place of business in Turks & Caicos, and has no employees employed by or stationed at the hotel which does business under the name "Beaches Turks & Caicos Resort & Spa".

6. The Complaint asserts that Unique is also known as "Sandals Resorts International" and also known as "Sandals Resorts". This is not true. Unique is a Florida corporation and is not owned by or an affiliate of any "Sandals" entity.

7. The Complaint also states that Unique does business as "Beaches Turks & Caicos Resort & Spa". This, too, is incorrect. "Beaches Turks & Caicos Resort & Spa" is the tradename for a hotel which does business in the country of Providenciales. Unique does <u>not</u> own or operate said hotel and <u>never</u> has. In fact, Unique does not know the names of the entities that own and/or operate that hotel.

8. In their Answer, a copy of which is annexed hereto as Exhibit 1, defendants stated in Paragraph 16, the Sixth Defense, that "defendants do not own, lease, manage, or operate the hotel or premises where plaintiffs were allegedly injured."

9. In their Seventh Defense, paragraph 17, defendants allege that they "do not manage, control, or direct the activity which resulted in the alleged injuries."

10. To my knowledge, plaintiffs have not taken the depositions of any of the defendants in order to determine the entities which owned and/or operated the hotel which does business under the name "Beaches Turks & Caicos Resort & Spa".

WHEREFORE, Unique Vacations, Inc. respectfully request that this motion for summary judgment be granted and that the Complaint be dismissed in its entirety, together with an award of cost, disbursements and such further relief as the court deems proper.

_____
KEVIN FROEMMING

Sworn to before me this
16th day of June 2004

_____
Notary Public

