UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI WELCH-RUBIN, et al. | : |
| | : Case No.: 3:03cv00481 (MRK) |
| v. | : |
| | : July 15, 2004 |
| SANDALS CORPORATION a/k/a, et al. | : |

## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs, **LORI WELCH-RUBIN and DAVID WELCH-RUBIN,** hereby object to the Defendants' Motion for Summary Judgment. A memorandum in support of this motion is attached.

THE PLAINTIFFS
**LORI WELCH-RUBIN and
DAVID WELCH-RUBIN**

By: _/s/ Michael S. Hillis_
**MICHAEL S. HILLIS**
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Opposition to Defendants' Motion for Summary Judgment** was mailed, postage prepaid, on this **15th** day of **July, 2004**, to all counsel and pro se parties of record as follows:

**NANCY A. KULESA, ESQ.**
**ROBERT A. IZARD, ESQ.**
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street - Suite 1700
Hartford, Connecticut 06103

**DAVID B. NEWMAN, ESQ.**
**SONNENSCHEIN NATH & ROSENTHAL LLP**
1221 Avenue of the Americas
New York, New York 10020

_____
**MICHAEL S. HILLIS**