UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| LORI WELCH-RUBIN and<br>DAVID WELCH-RUBIN<br>    PLAINTIFFS<br><br>V.<br><br><br>SANDALS CORPORATION<br>a/k/a SANDALS RESORTS INTERNATIONAL<br>a/k/a SANDALS RESORTS<br>d/b/a BEACHES TURKS & CAICOS RESORT & SPA<br>and UNIQUE VACATIONS<br>    DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: 3:03cv481 (MRK)<br><br><br><br>July 15, 2004 |

## LOCAL RULE 56(a)(2) STATEMENT IN RESPONSE TO THE DEFENDANTS', SANDALS RESORTS INTERNATIONAL, LTD AND UNIQUE VACATIONS, INC., MOTION FOR SUMMARY JUDGMENT (MOTION #     )

Pursuant to Local Rule 56(a)(2) of the Rules of Civil Procedure, the Plaintiff, **LORI WELCH-RUBIN**, submits her responses to the Defendants', **SANDALS RESORTS INTERNATIONAL, LTD.** and **UNIQUE VACATIONS, INC.**, Local Rule 56(a)(1) Statement in Support of their Motion for Summary Judgment.

### RESPONSES TO LOCAL RULE 56(a)(1) STATEMENTS:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Denied.

5.     The Plaintiff admits that they assert that "Sandals Corporation" is and was incorporated in Florida and has a principal place of business in Florida. The remainder of the paragraph is denied.

6. The Plaintiff admits that they assert that "Sandals Corporation" is known as "Sandals Resorts International." The remainder of the paragraph is denied.

7. Denied.

8. Denied.

9. The Plaintiff admits that they allege that "Sandals Corporation" is also known as "Sandals Resorts." The remainder of the paragraph is denied.

10. Denied.

11. The Plaintiff admits that they allege that "Sandals Corporation" is doing business as "Beaches Turks & Caicos Resort & Spa." The Plaintiff denies that they made an allegation that "Beaches Turks & Caicos Resort & Spa" is a corporate entity. The Plaintiff denies that there is a hotel in a country called "Providenciales," as there is no such country. "Turks & Caicos" is an overseas territory of the United Kingdom.

12. Denied.

13. Denied. The Plaintiff state that "Unique Vacations, Inc." is an "authorized representative of Sandals Corporation a/k/a Sandals Resorts International a/k/a Sandals Resorts d/b/a Beaches Turks & Caicos Resort & Spa." (See Complaint ¶ 4). In light of said paragraph the remainder of the paragraph is moot.

14. Denied. The Plaintiff state that "Unique Vacations, Inc." is an "authorized representative" "Sandals Corporation a/k/a Sandals Resorts International a/k/a Sandals Resorts" which does business as "Beaches Turks & Caicos Resort & Spa." (See Complaint ¶ 4).

15. The Plaintiff do not assert that "Unique maintains any place of business in Turks & Caicos, and has no employees employed by or stationed at the hotel which does business under the name 'Beaches Turks & Caicos Resort & Spa.'"

16. The Plaintiff admits that Unique provides reservations and marketing services to a group of hotels which conduct business under the names "Sandals" and "Beaches." The remainder of the paragraph is denied.

17. The Plaintiff admits that the Defendants indicate in their Answer that "Sandals Corporation" was improperly named and that they state in their Sixth and Seventh Affirmative Defenses, respectfully, that "[d]efendants do not own, lease, manage or operate the hotel or premises were plaintiffs were alleged injured" and that "[d]efendants do not manage, control, or direct the activity which resulted in the alleged injuries." However, the Plaintiff does not admit that those statements are indeed true.

18. The Plaintiff admits that no depositions of the Defendants were sought. However, the Plaintiff denies that she did not seek to identify the entities which own and operate the hotel where the Plaintiff was injured.

**ISSUES OF MATERIAL FACT TO BE TRIED:**

1. Whether **SANDALS CORPORATION a/k/a SANDALS RESORTS INTERNATIONAL a/k/a SANDALS RESORTS d/b/a BEACHES TURKS & CAICOS RESORT** owned and operated "Beaches Turks & Caicos Resort" where the Plaintiff, **LORI WELCH-RUBIN**, was injured.

2. Whether **SANDALS CORPORATION a/k/a SANDALS RESORTS INTERNATIONAL a/k/a SANDALS RESORTS d/b/a BEACHES TURKS & CAICOS RESORT** is liable for the Plaintiff's injuries.

3. Whether **UNIQUE VACATIONS, INC.** is the authorized representative in the United States for **SANDALS CORPORATION a/k/a SANDALS RESORTS INTERNATIONAL a/k/a SANDALS RESORTS d/b/a BEACHES TURKS & CAICOS RESORT** who operated the "Beaches Turks & Caicos Resort" where the Plaintiff was injured.