# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---------------------------------------- x
LORI WELCH-RUBIN and DAVID
WELCH-RUBIN,

        Plaintiffs,

        -against-

SANDALS CORPORATION a/k/a
SANDALS RESORTS INTERNATIONAL
a/k/a SANDALS RESORTS d/b/a
BEACHES TURKS & CAICOS RESORT
& SPA and UNIQUE VACATIONS, INC.,

        Defendants.
---------------------------------------- x

Case No. 03 CV 00481 (MRK)

**TRANSMITTAL AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

    DAVID B. NEWMAN, being duly sworn, deposes and says:

    1.    I am a member of Sonnenschein Nath & Rosenthal LLP, counsel to defendants Sandals Resorts International, Ltd. and Unique Vacations, Inc. in the above-captioned action. I make this affidavit in support of defendants' motion to dismiss the complaint.

    2.    In particular, I make this affidavit to transmit to the Court true and correct copies of the following document, which is referenced in the Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment:

17441050\V-1

Exhibit A:    Excerpts from the March 29, 2004 Deposition of Lori Welch-Rubin.

_David B. Newman_ (signature)
David B. Newman

Sworn to and subscribed before me
this 28th day of July, 2004

_Alessandra Lovren_ (signature)
Notary Public

ALESSANDRA LOVREN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4981830
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 20, 20 07

- 2 -

17441050\V-1