UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI WELCH-RUBIN and<br>DAVID WELCH-RUBIN,<br><br>            Plaintiffs,<br><br>v.<br><br>SANDALS CORPORATION<br>a/k/a SANDALS RESORTS INTERNATIONAL<br>a/k/a SANDALS RESORTS<br>d/b/a BEACHES TURKS & CAICOS RESORT & SPA<br>and UNIQUE VACATIONS, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:    NO. 3:03CV481 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This matter came on for consideration on defendants' Motions for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on October 20, 2004, entered a Ruling and Order on the defendant's Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 20th of October, 2004.

                                                KEVIN F. ROWE, CLERK
                                                By
                                                  /s/ Kenneth R. Ghilardi
                                                  Kenneth R. Ghilardi
                                                  Deputy Clerk

EOD: _____